IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

GILBERT JOSEPH CARRASCO,

    Movant

v.

    No. 2:25-CV-00067-Z

    (2:21-CR-00046-Z-BR-1)

UNITED STATES OF AMERICA,

    Respondent

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. Movant is attorney of record for Gilbert Joseph Carrasco ("Carrasco") and was retained to represent Carrasco in his 2255 Motion.

2. Movant moves to withdraw as Carrasco has written expressing his desire to no longer be represented by counsel.

3. This withdrawal is not sought for delay, but that Defendant might be allowed to pursue any further appellate remedies *pro se*.

5.  The last known address of Defendant is:

> Gilbert Joseph Carrasco(#60530-177)
>
> 13777 AIR EXPRESSWAY BLVD
> VICTORVILLE, CA  92394

6.  A copy of the this motion has been mailed to GILBERT JOSEPH CARRASCO at the above referenced address.

**PRAYER**

WHEREFORE, Movant prays that the Court will grant his motion to withdraw on the face of this pleading.

> Respectfully submitted,

> Respectfully Submitted,

> /s/ *Charles Blevins*
> Charles Blevins
> 1005 Broadway
> Lubbock, TX 79401-4025
> (806) 370-2277 phone
> (806) 370-2149 fax
> charles@attorneyinlubbock.com
> State Bar No. 24077261

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of this motion was emailed and/or e-served to Gail Hayworth, Assistant United States Attorney on the 16th day of February, 2026.

                                          <u>/s/ *Charles Blevins*</u>

                                          Charles Blevins